United States District Court
for the
Southern District of Florida

| Ernesto Grimon Hernandez, | ) | |
|---|---|---|
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 18-23701-Civ-Scola |
| | ) | |
| United States Attorney General and | ) | |
| others, Respondents. | ) | |

### Order on Magistrate Judge's Report and Recommendation

This case was referred to United States Magistrate Judge Patrick A. White, consistent with Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On September 13, 2018, Judge White issued a report concerning Petitioner Ernesto Grimon Hernandez's petition for writ of habeas corpus under 28 U.S.C. § 2241, recommending that the Court transfer this case to the United States District Court for the Middle District of Florida. (Report, ECF No. 6.) After multiple failed attempts to send Hernandez court orders, the Court ordered the Respondents to file a memorandum regarding Hernandez's whereabouts because it appeared that he was no longer in United States Immigration and Customs Enforcement's ("ICE") custody at the Baker County Detention Center. (Order, ECF No. 12.) On October 23, 2018, the Respondents informed the Court that Hernandez is no longer in ICE custody. (Response, ECF No. 13.)

Hernandez's main contention in his § 2241 petition was that he was being unlawfully detained and should be released from custody. Given that Hernandez was released from ICE custody, the Court finds that Hernandez's petition is moot and that the Court no longer has jurisdiction. *See Soliman v. U.S. ex rel. INS*, 296 F.3d 1237, 1243 (11th Cir. 2002).

The Court therefore **declines to adopt** Judge White's report (**ECF No. 6**) and **dismisses** this case as **moot**. The Court directs the Clerk to **close** this case and **deny** any pending motions as **moot**.

**Done and ordered**, at Miami, Florida, on October 26, 2018.

Robert N. Scola, Jr.
United States District Judge